UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE MERRIFIELD,<br><br>   Plaintiff,<br><br>   v.<br><br>SHANE R. SWEAT,<br><br>   Defendant. | CASE NO. 1:12-CV-0024 AWI<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 27, 2012 AND TAKING MATTER UNDER SUBMISSION |

   Plaintiff has made a motion to withdraw reference of a matter from bankruptcy court. Defendant has filed no response to the motion. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 27, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE