# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE MERRIFIELD, | CASE NO. 1:12-cv-00024-SKO |
|        Plaintiff, | |
|   v. | **ORDER DISMISSING ACTION** |
| SHANE R. SWEAT, | (Docket No. 18) |
|        Defendant. | |
| _____/ | |

On June 27, 2012, Plaintiff Kristine Merrifield ("Plaintiff") filed a Notice of Dismissal of Complaint, requesting to voluntarily dismiss this case with prejudice as to all causes of action. (Doc. 18.) Plaintiff indicates that the parties settled the matter and that Defendant Shane R. Sweat ("Defendant") has paid the agreed-upon settlement.  (Doc. 18, 1:19-20.)

Accordingly, IT IS HEREBY ORDERED that:

1.      This action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

2.      The Clerk of the Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

**Dated:    June 28, 2012**             _____**/s/ Sheila K. Oberto**_____
                                UNITED STATES MAGISTRATE JUDGE